UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

KAREN MCMANUS
    Plaintiff(s)

VS.                                         C.A. NO. 1:20-CV-00473-WES-PAS

JENNIFER CLINCH GUERTIN AND ANCHOR
STEAM, INC.
    Defendant(s)

## DISMISSAL STIPULATION

Plaintiff's Complaint against all Defendants are hereby dismissed with prejudice. All rights of appeal are hereby waived. No interest, costs or attorneys' fees are assessed against any of the parties.

AGREED, CONSENTED AND STIPULATED TO:

| PLAINTIFF | DEFENDANTS |
|---|---|
| KAREN MCMANUS | ANCHOR STEAM, INC. and JENNIFER |
| By Her Attorney, | CLINCH GUERTIN, |
|  | By Their Attorneys, |

/s/ James A. Musgrave                     /s/ Robert A. Mitson
James A. Musgrave (#6640)          Robert A. Mitson, Esq. (#3300)
ROBERTS, CARROLL, FELDSTEIN &    MITSON LAW ASSOCIATES
PEIRCE, INC.                                 603 Park Avenue
Ten Weybosset Street, 8th Floor       Woonsocket, RI 02895
Providence, RI 02903                (401) 762-5900
(401) 521-7000 FAX 401-521-1328    bob@mitsonlaw.com
jmusgrave@rcfp.com

Date: May 2, 2022                       Date: May 2, 2022

JAM:jam
5308-2 (3839203)
4/28/2022